IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | | |
|---|---|---|
| FIRST STATE INSURANCE COMPANY and NEW ENGLAND REINSURANCE CORPORATION | | PLAINTIFFS |
| v. | Case No. 1:17-cv-1039 | |
| PULMOSAN SAFETY EQUIPMENT CORPORATION; VICKIE BELL; JONATHAN BELL; PHILLIP B. BELL, JR. | | DEFENDANTS |
| VICKIE BELL; JONATHAN BELL; PHILLIP B. BELL, JR. | | THIRD-PARTY PLAINTIFFS |
| v. | | |
| UNITED STATES TRUST COMPANY OF NY; *et al.*; *et al.* | | THIRD-PARTY DEFENDANTS |

**ORDER**

Before the Court is the Motion to Dismiss With Prejudice Third-Party Defendant, Bank of America, N.A., filed by Third-Party Plaintiffs Vickie Bell; Jonathan Bell; and Phillip B. Bell, Jr. (collectively, the "Bells"). (ECF No. 49). The Bells indicate that they do not wish to pursue any action against Third-Party Defendant Bank of America, N.A., and ask the Court to dismiss the third-party claims against it.[1]

Although the Bells do not state which Rule of Civil Procedure they move under for dismissal, the Court will construe the instant motion as a motion for voluntary dismissal under Federal Rule of Civil Procedure 41. Rule 41 provides in part that an action may be dismissed by

---

[1] The Court notes that Bank of America does not appear in the case caption as a named party, but filings in this case indicate that it is the successor-by-merger to Third-Party Defendant United States Trust Company of NY. For clarity, the Court will refer to Bank of America by the name it is referred to in the case caption: United States Trust Company of NY.

court order at a plaintiff's request, on terms the court considers proper. Fed. R. Civ. P. 41(a)(2).

Upon consideration, the Court finds that good cause has been shown for the motion. Accordingly, the Bells' motion (ECF No. 49) is hereby **GRANTED**. The Bells' third-party claims against United States Trust Company of NY are hereby **DISMISSED WITH PREJUDICE**. In light of this Order, United States Trust Company of NY's pending motion to dismiss (ECF No. 44) is hereby **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 8th day of November, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge